UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　Plaintiff, )<br> )<br>vs. )<br> )<br>MELISSA GIBSON, )<br>　　　Defendant. ) | CAUSE NO. 1:07-cr-0012-WTL-DKL |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Denise K. LaRue's Report and Recommendation that Melissa Gibson's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of 6 months in the custody of the Attorney General, with no supervised release to follow. Ms. Gibson is to be taken into immediate custody.

SO ORDERED this 16th day of June, 2014.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　 Hon. William T. Lawrence, Judge
　　　　　　　　　　　　　　　　　 United States District Court
　　　　　　　　　　　　　　　　　 Southern District of Indiana

Distribution:

All ECF-registered counsel of record email generated by the Court's ECF system

U. S. Parole and Probation

U. S. Marshal